**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-mj-8052-BER**

**UNITED STATES OF AMERICA**

**v.**

**CLAUDIA Y. SALINAS,**
        **a/k/a "Susana Pagan Sanchez,"**

_____ **Defendant.**_____/

**CRIMINAL COVER SHEET**

1.  Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Mills Maynard)?     NO

2.  Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?    NO

3.  Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?  NO

4.  Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   NO

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:    _Suzanne Huyler_____
SUZANNE HUYLER
ASSISTANT UNITED STATES ATTORNEY
Court No. A5503350
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel: (561) 820-8711
Fax: (561) 820-8777
Suzanne.Huyler@usdoj.gov

AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  26-mj-8052-BER |
| CLAUDIA Y. SALINAS, | ) | |
| a/k/a "Susana Pagan Sanchez," | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___January 26, 2026___ in the county of ___Palm Beach___ in the ___Southern___ District of ___Florida___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 U.S.C. § 1326(a) & (b)(1) | Illegal re-entry into the United States after deportation or removal |

FILED BY_____TM_____D.C.

**Jan 26, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

DO Andy Korzen, ICE
*Printed name and title*

Sworn and Attested to me by Applicant by Telephone (FaceTime) pursuant to Fed. R. Crim. P. 4(d) and 4.1

Digitally signed by
Bruce E. Reinhart
Date: 2026.01.26
15:44:26 -05'00'

Date: _____

_____
*Judge's signature*

City and state:  ___West Palm Beach, FL___     Bruce E. Reinhart, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**
**OF**
**ANDY KORZEN**
**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**
**IMMIGRATION AND CUSTOMS ENFORCEMENT**

I, Andy Korzen, being duly sworn, depose and state as follows:

1.      I am a Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over twenty-two years. I am currently assigned to the ICE Enforcement and Removal Operations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2.      This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Claudia Y. SALINAS, also known as Susana Pagan SANCHEZ, committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

3.      On or about May 30, 2023, Claudia Y. SALINAS was arrested in Palm Beach County, Florida on charge of grand theft. She was booked and detained at the Palm Beach County Jail. On or about May 31, 2023, Claudia Y. SALINAS bonded out and was released from custody prior to ICE taking any action.

4.      On or about January 26, 2026, Claudia Y. SALINAS was arrested in Palm Beach County, Florida for violation of immigration law. She was booked and detained at the Palm Beach County Jail.

1

5.      A review of the immigration records shows that Claudia Y. SALINAS is a native and citizen of Nicaragua. Records further show that on or about February 28, 2012, Claudia Y. SALINAS was ordered removed from the United States. The Order of Removal was executed on or about December 17, 2014, whereby Claudia Y. SALINAS was removed from the United States and returned to Nicaragua.

6.      Records further show that on or about July 11, 2014, in the Fifteenth Judicial Circuit and for Palm Beach County, Florida, Claudia Y. SALINAS was convicted of the felony offense of possession of cocaine, case number 2013CF006003A.

7.      Claudia Y. SALINAS's fingerprints taken in connection with her May 30, 2023, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is Claudia Y. SALINAS.

8.      A record check was performed in the Computer Linked Application Informational Management System to determine if Claudia Y. SALINAS filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Claudia Y. SALINAS obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

9.      Based on the foregoing, I submit that probable cause exists to believe that, on or about May 30, 2023, Claudia Y. SALINAS, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the

2

Department of Homeland Security for re-admission into the United States, in violation of

Title 8, United States Code, Section 1326(a) and (b)(1).

_____

Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this _____ day of January 2026.

Digitally signed by
Bruce E. Reinhart
Date: 2026.01.26
15:43:56 -05'00'

_____

BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

<u>PENALTY SHEET</u>

**Defendant's Name**: <u>CLAUDIA Y. SALINAS, a/k/a "Susana Pagan Sanchez"</u>

**Case No**: _____

Count #: 1

<u>Illegal re-entry into the United States after deportation or removal</u>

<u>Title 8, United States Code, Section 1326(a) and (b)(1)</u>

**\* Max. Term of Imprisonment:**   up to 10 years
**\* Mandatory Min. Term of Imprisonment (if applicable):** N/A
**\* Max. Supervised Release:** up to 3 years
**\* Max. Fine:** up to $250,000
**\* Special Assessment:** $100 upon conviction

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**